FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 27 2005
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

$627,206 UNITED STATES CURRENCY, MORE
OR LESS, SEIZED FROM 138-49 BARCLAY AVENUE,
APT. 4C, FLUSHING, NEW YORK;

$200,515 UNITED STATES CURRENCY, MORE OR LESS,
SEIZED FROM PREMISES ADJACENT TO 34-41 88TH
STREET, JACKSON HEIGHTS, NEW YORK;

$10,180 IN THE FORM OF UNITED STATES CURRENCY
AND MONEY ORDERS SEIZED FROM ESPERANZA
AGUDELO-OSORIO;

$50,000 UNITED STATES CURRENCY, MORE OR LESS,
SEIZED FROM A SILVER 1997 FORD TAURUS BEARING
VIN 1FALP52U2VA238509;

AND ALL PROCEEDS TRACEABLE THERETO,

        Defendants In Rem.
- - - - - - - - - - - - - - - - - - X

Civil Action No.
CV-01-4313

(Feuerstein, J.)
(Chrein, M.J.)

**DECREE OF FORFEITURE
AND ORDER FOR
DELIVERY**

UPON the application of the plaintiff UNITED STATES OF AMERICA, dated January 3, 2003, seeking summary judgment with respect to its first claim for forfeiture of the above-captioned Defendant Currency, which application the Court granted by an order dated February 9, 2004, and by an order dated March 17, 2005,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Title 18, United States Code, Section 981(a)(1)(A), the Defendant Currency is hereby forfeited and condemned to the use and benefit of the United States of America

for the reasons set forth in the order dated February 9, 2004, and the order dated March 17, 2005.

2. All persons or entities known or thought to have an interest in or claim to the Defendant Currency, having been given due notice of these proceedings, and none of those persons or entities having interposed a claim, or other response of any kind to the verified complaint in rem, except for claimants Daniel Bustos and Patricia Aristizabal, regarding whose claims the government has been awarded summary judgment, the default of all other persons or entities having any interest in the Defendant Currency hereby is noted.

3. The United States Marshals Service is hereby directed to dispose of the Defendant Currency and all proceeds traceable thereto in accordance with all applicable laws and regulations.

4. The Clerk of this Court shall forward four (4) certified copies of this Decree of Forfeiture and Order for Delivery to the United States Attorney for the Eastern District of New York, Attention: Kenneth A. Stahl, One Pierrepont Plaza, 14th Floor, Brooklyn, New York 11201, and is thereafter directed to close this case.

Dated: Brooklyn, New York
July 13, 2005

s/SJF

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE